# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UBS FINANCIAL SERVICES, INC., | ) | 3:14-cv-00141-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| CAROLYN GARRETT; *et al.*, | ) | December 9, 2014 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant Carolyn Garrett's (unopposed) Motion to Extend Time to file her motion for judgment on the pleadings (#61[1]) whereby defendant requests an additional three weeks to file her motion.  Good cause appearing,

Defendant Carolyn Garrett's (unopposed) Motion to Extend Time to file her motion for judgment on the pleadings (#61) is **GRANTED**.  Plaintiff shall have until Wednesday, December 24, 2014, by which to file and serve her motion.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
                Deputy Clerk

---

[1]Refers to court's docket number.