UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CAROLYN GARRETT, | ) |
| Plaintiff, | ) 3:14-cv-00141-LRH-WGC |
| vs. | ) <u>ORDER</u> |
| GARRETT BULLOCK; DIANN MARTIN; CATHERINE HINTZEN; JASON GARRETT, | ) |
| Defendants. | ) |

On July 17, 2015, the Court held a hearing before District Judge Larry R. Hicks and Magistrate Judge William G. Cobb. Carolyn Garrett ("Garrett"), Garrett Bullock, Diann Martin, Catherine Hintzen Garrison, and Jason Garrett all appeared telephonically. The Court suggested to the parties that referring this case to a Magistrate Judge for settlement conference would be helpful in resolving the parties' claims. All parties agreed, and the Court stated that it would stay this case pending the forthcoming settlement conference before Magistrate Judge Robert A. McQuaid. Thereafter, the Court entered an Order referring the case to Magistrate Judge McQuaid. *See* Doc. #109.[1]

After the Court entered this Order, Garrett notified the Court that she no longer agreed to participate in a settlement conference (Doc. #113), and filed an amended Motion for Certificate of Appealability (Doc. #112). Both of these Motions are denied. The Court has made no rulings that justify an interlocutory appeal, and it appears that no issues justifying an interlocutory appeal

---

[1] Refers to the Court's docket number.

1  are likely to arise.  Thus, it appears that unless the parties settle, this case will proceed to trial,
2  after which any aggrieved party would have an absolute right to appeal any final judgment.[2]
3        Magistrate Judge McQuaid has scheduled a settlement conference for Tuesday, August
4  25, 2015, at 9:00 am in a Reno Courtroom to be determined, Bruce R. Thompson U.S.
5  Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada.  Doc. #114.  This
6  settlement conference will occur as scheduled.  The Court strongly recommends that all parties
7  appear in person to participate in the settlement conference before Magistrate Judge McQuaid.
8        IT IS THEREFORE ORDERED that Garrett's Amended Motion for Certificate of
9  Appealability (Doc. #112) is DENIED without prejudice.
10        IT IS FURTHER ORDERED that Garrett's Motion to Vacate the Settlement Conference
11  (Doc. #113) is DENIED.  The settlement conference shall continue as planned before Magistrate
12  Judge McQuaid on August 25, 2015, at 9:00 am in a Reno Courtroom to be determined, Bruce R.
13  Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada.
14        IT IS SO ORDERED.
15        DATED this 13th day of August, 2015.

                                          LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that if the case does not settle, then the case will proceed to trial and be decided based upon the evidence and witnesses presented.